# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| SUE FAULKNER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACELLA PHARMACEUTICALS, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 2:22-cv-092-RWS |

## DEFENDANT ACELLA PHARMACEUTICALS, LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant Acella Pharmaceuticals, LLC ("Acella"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves the Court for an Order dismissing Count 2 of Plaintiff's Complaint, Federal RICO (18 U.S.C. § 1964(c)), for failure to state a claim upon which relief may be granted.

In support of its Motion, Acella relies upon its Memorandum of Law in Support of its Partial Motion to Dismiss Plaintiff's Complaint filed contemporaneously herewith.

As more fully set forth therein, Acella respectfully requests that the Court dismiss Count 2 of Plaintiff's Complaint, Federal RICO (18 U.S.C. § 1964(c)).

Respectfully submitted this 5th day of August, 2022.

/s/ David F. Norden
David F. Norden
Georgia Bar No. 545647
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
david.norden@troutman.com

*Attorneys for Defendant*
*Acella Pharmaceuticals, LLC*

## FONT CERTIFICATION

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing **DEFENDANT ACELLA PHARMACEUTICALS, LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was prepared using Times New Roman 14-point type as provided in Local Rule 5.1.

                                              */s/ David F. Norden*
                                              David F. Norden
                                              Georgia Bar No. 545647

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 5, 2022, the foregoing **DEFENDANT ACELLA PHARMACEUTICALS, LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

*/s/ David F. Norden*
David F. Norden
Georgia Bar No. 545647
